UNITED STATES DISTRICT COURT
DISTICT OF VERMONT

| | |
|---|---|
| ACADIA INSURANCE COMPANY,<br>    Plaintiff,<br><br>v.<br><br>WELOG, INC., PLUM CREEK MAINE<br>MARKETING, INC., WEYERHAEUSER<br>COMPANY as successor by merger of<br>PLUM CREEK MAINE TIMBERLANDS,<br>LLC. and STATE OF VERMONT,<br>    Defendants. | Civil Action: 5:15-cv-102 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by all parties to this action, pursuant to F.R.C.P. 41(a)(1)(ii), that this action shall be and hereby is DISMISSED WITH PREJUDICE.

Each party shall bear his or its own costs and fees.

DATED at Burlington, Vermont, this 21th day of December, 2017.

By: _____
Barbara R. Blackman, Esq.
Lynn, Lynn, Blackman & Manitsky, P.C.
*Attorneys for Acadia Insurance Company*
76 St. Paul Street, Suite 400
Burlington, VT 05401

DATED at Burlington, Vermont, this 21st day of December, 2017.

By: _____
John Paul Faignant, Esq.
Miller, Faignant & Fabian, P.C.
*Attorneys for WeLog, Inc.*
1213 US Route 7 North
P.O. Box 6688
Rutland, VT 05702-6688

1

DATED at Burlington, Vermont, this 27th day of December, 2017.

By: _____
Philip C. Woodward, Esq.
Woodward & Kelley, PLLC
*Attorneys for Plum Creek Maine Marketing, Inc. and Weyerhaeuser Company as Successor by Merger of Plum Creek Maine Timberlands, LLC*
P.O. Box 145
No. Ferrisburgh, VT 05473-0145